

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,996-01

### EX PARTE RYAN CARTER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. B-44,752-A IN THE 161TH DISTRICT COURT FROM ECTOR COUNTY

*Per curiam*.

### O R D E R

A jury convicted Applicant of capital murder and sentenced him to life in prison without the possibility of parole. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant raises several claims that trial counsel provided ineffective assistance. The trial court entered an order designating issues and an order for trial counsel to provide an affidavit. The habeas record has no response from trial counsel or findings from the trial court.

Applicant has alleged facts that, if true, might entitle him to relief. *Strickland v. Washington*, 466 U.S. 668 (1984). Accordingly, the record should be developed. The trial court is the appropriate

forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall resolve the disputed factual issues. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d).

The trial court shall make findings of fact and conclusions of law as to whether trial counsel's performance was deficient and Applicant was prejudiced. The trial court may make any other findings and conclusions that it deems appropriate.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: May 19, 2021
Do not publish